
ORIGINAL

**FILED**

09/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0490




**FILED**

SEP 0 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0490

CHESTER R. BAUER,

    Petitioner,

v.

JAMES SALMONSEN, Warden,
Montana State Prison,

    Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED September 1, 2023.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court